UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRANVILLE HUNT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  C07-633-RSL-MJB<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for Supplemental Security benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings, a new hearing, and a new decision.  On remand, the administrative law judge (ALJ) will: 1) secure updated medical records from Plaintiff's treating sources; 2) reevaluate Plaintiff's visual and mental impairments; 3) reevaluate the medical opinions of record, particularly those of Drs. West, Bensinger, Washburn, Sandvik, and Suh; 4) reevaluate Plaintiff's subjective statements; 5) reevaluate Plaintiff's residual functional capacity; 6) reevaluate step five, obtaining supplemental vocational testimony, if necessary; and 7) address the issue of reopening the prior application.

Page 1      ORDER - [2:07-cv-633-RSL-MJB]

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Judgment is for the Plaintiff and the file will be closed.

DATED this 9th day of October 2007.

/s/Robert S. Lasnik

ROBERT S. LASNIK
Chief United States District Judge

Recommended for Entry
this 4th day of October, 2007:


   /s/Monica J. Benton
Monica J. Benton
United States Magistrate Judge


Presented by:

s/ NANCY A. MISHALANIE    WSB # 18120
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone:  (206) 615-3619
FAX:  (206) 615-2531
Nancy.Mishalanie@ssa.gov

Page 2     ORDER - [2:07-cv-633-RSL-MJB]